IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESSICA GASTON, | § | |
| Plaintiff, | § § § | |
| V. | § § | No. 3:24-CV-1998-D |
| CPS, | § § § | |
| Defendant. | § § | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, this action is dismissed without prejudice for lack of subject matter jurisdiction. All of plaintiff's pending motions are denied.

**SO ORDERED**.

September 26, 2024.

SIDNEY A. FITZWATER
SENIOR JUDGE